Name Jaswinder Pal Singh Sandhu

Street Address 8023 Quvert St

City and County Bakersfield, CA

State and Zip Code 93307

Telephone Number 661-549-2864

**FILED**

**Nov 24, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Jaswinder Pal Singh Sandhu

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

FMCSA, Ryan Snyder, michael Hampton
Jesse Elison, Derek·D Barr,
Sean Duffy

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

1:25-cv-01625-KES-CDB

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No

*(check one)*

Defendant No. 3

| | |
|---|---|
| Name | Ryan Snyder |
| Job or Title (if known) | Director of Govermental and Legislatative Affairs |
| Street Address | 1280 New JERSEY Ave. SE |
| City and County | Washinton, DC |
| State and Zip Code | 20590 |
| Telephone Number | 1800- 832 - 5.660 |

Defendant No. 4

| | |
|---|---|
| Name | Scan Duffy |
| Job or Title (if known) | U.S Transportation Secnetany |
| Street Address | 1200 New Jersey Ave SE |
| City and County | Washinton, DC |
| State and Zip Code | 20590 |
| Telephone Number | 1800-832- 5660 |

## II.  Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

3

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Jaswinder Pal Singh Sandhu
Street Address    8023 Quest St
City and County    Bakersfield, CA
State and Zip Code    93307
Telephone Number    661-549-2864

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name    Derek D. Barrs
Job or Title    Administrator
(if known)
Street Address    1200 NEW Jersey Avenue, SE
City and County    Washinton, DC
State and Zip Code    20590
Telephone Number    1(800-832-5660

Defendant No. 2

Name    Jesse Elison
Job or Title    Chief Counsel
(if known)
Street Address    1200 New Jersey Ave, SE
City and County    Washinton, DC
State and Zip Code    20590
Telephone Number    651-cu· 5074    1800-832-5660

2

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U·S Civil Rule 7 (a) (1) a complaint.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jasminda Pal Singh Sandhu, is a citizen of the State of *(name)* India.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* FMCSA / other, is a citizen of the State of *(name)* American. *Or* is a citizen of *(foreign nation)* _____.

4

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The federal government the law immediately without any advanced notice and I am too lazy I do not find any job and I just suffering for the cold weather as a security guard so I'm gin panenge so you guys do not take care of those people if somebody have a problem if somebody committed accident punished it

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing  Nov/23, 20 25

Signature of Plaintiff    J.P Sandhu

Printed Name of Plaintiff    Jaswinder Pal Singh Sandhu
Refugee

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JASWINDER PAL SINGH SANDHU Refugee.  $
        PLAINTIFF              $
                            $   Civil action
            VS          $.  No.
FEDERAL MOTOR CARRIES SAFETY   $
ADMISISTRATION.               $
1.Ryan Snyder,2Michael Hampton   $
3jesse Elison.                $
4 Derek .D Barrs 5 Sean Duffy.    $
       Defendants.        $

---

Federal motor carrier safety administration Plaintiff original complaint
Sexually harass and please re-issue my CDL

---

Statement of the case
*************************************

Jaswinder, Pal Singh Sandhu refugee plaintiff in the above entitlied and number cause of action and file this their orginal complaint complaining of fmcsa Ryan Snyder Michael Hampton Jesse elison derek d barrs sean Duffy defendant and respectfully show the court as follows

1. Plaintiff Jaswinder pal Singh Sandhu refugee is a natural person who is a resident of Bakersfield ca kern county
2. Defendant FMCSA Ryan Snyder Michael Hampton Jesse elison Derek d barrs ,Sean Duffy U.s department of transportation looked in Washington DC us civil law suit I want send summan and us rule 28 Marshall take action I need us civil 38(b) jury trail people
3. I apply my case against the Indian government and the Punjab government and many wrongfully groups over there so I just start my small business over there as a truck driver so I get a CDL and I start the job because I have a new another skill and I too much struggle one place to another place, one place to another place one city to another city in California another places But right now Mr. Duffy change the law no do sell people do not get a serial so I have a question how to feed my family and how to feed myself and how to pay the rent how to pay the credit card bills I want a bankrupt. Please try to help AI Overview

On September 26, 2025, the Federal Motor Carrier Safety Administration (FMCSA) issued a letter to California in accordance with 49 CFR § 384.307(b) so unsafe Driver and a lot of stupid Driver killed the American people on the public roads and some accident in Florida some accident in Ontario California. The driver use their call and many more accidents but I am safe driver I lost my job so I want help for unemployment so I request for the federal government try to help so I just try to run my family and survive myself because I have another skill. I just find that a job to do to do and I see the

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JASWINDER PAL SINGH SANDHU Refugee.   $
        PLAINTIFF           $
                              $     Civil action
        VS              $.   No.
FEDERAL MOTOR CARRIES SAFETY     $
ADMISISTRATION.                 $
1.Ryan Snyder,2Michael Hampton     $
3jesse Elison.                 $
4 Derek .D Barrs 5 Sean Duffy.       $
        Defendants.           $

---

**Federal motor carrier safety administration Plaintiff original complaint Sexually harass and please re-issue my CDL**

---

### Statement of the case
************************************

Jaswinder, Pal Singh Sandhu refugee plaintiff in the above entitlied and number cause of action and file this their orginal complaint complaining of fmcsa Ryan Snyder Michael Hampton Jesse elison derek d barrs sean Duffy defendant and respectfully show the court as follows

1. Plaintiff Jaswinder pal Singh Sandhu refugee is a natural person who is a resident of Bakersfield ca kern county

2. Defendant FMCSA Ryan Snyder Michael Hampton Jesse elison Derek d barrs ,Sean Duffy U.s department of transportation looked in Washington DC us civil law suit I want send summan and us rule 28 Marshall take action I need us civil 38(b) jury trail people

3. I apply my case against the Indian government and the Punjab government and many wrongfully groups over there so I just start my small business over there as a truck driver so I get a CDL and I start the job because I have a new another skill and I too much struggle one place to another place, one place to another place one city to another city in California another places But right now Mr. Duffy change the law no do sell people do not get a serial so I have a question how to feed my family and how to feed myself and how to pay the rent how to pay the credit card bills I want a bankrupt. Please try to help AI Overview

On September 26, 2025, the Federal Motor Carrier Safety Administration (FMCSA) issued a letter to California in accordance with 49 CFR § 384.307(b) so unsafe Driver and a lot of stupid Driver killed the American people on the public roads and some accident in Florida some accident in Ontario California. The driver use their call and many more accidents but I am safe driver I lost my job so I want help for unemployment so I request for the federal government try to help so I just try to run my family and survive myself because I have another skill. I just find that a job to do to do and i see the